UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL HEAD,

                                    Plaintiff,

        v.

CORRECTIONAL OFFICER JAMES
PICHETTE, *et al.*,

                                    Defendants.
_____

**ORDER**

6:14-CV-06546 EAW

After due consideration, the Court finds that this case is appropriate for referral to alternative dispute resolution as provided in Section 2.1B of the Plan for Alternative Dispute Resolution in the United States District Court for the Western District of New York ("the ADR Plan"). A copy of the ADR Plan and related forms and documents can be obtained from the Clerk's Office and are also available at: http://www.nywd.uscourts.gov/alternative-dispute-resolution. Alternative Dispute Resolution Program Administrator Amanda G. Williams will serve as Mediator for this case.

The Court further grants Plaintiff's pending motion for appointment of counsel (Dkt. 140) solely to the extent that the Court will appoint *pro bono* counsel pursuant to Local Rule of Civil Procedure 83.8 for the limited purpose of preparing for and

- 1 -

participating in alternative dispute resolution.[1]  The Court requests that the *Pro Bono Program* Administrator begin the process for appointment of *pro bono* counsel for this limited purpose.  Upon appointment of *pro bono* counsel, the Court will set a deadline for completion of the initial mediation session.

    SO ORDERED.

                                                       _____
                                                       ELIZABETH A. WOLFORD
                                                       United States District Judge

Dated:  June 1, 2020
          Rochester, New York

---

[1] In the event the parties are not able to resolve the matter, the Court will consider whether appointment of counsel for purposes of trial is warranted.