UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL HEAD,

                              Plaintiff,

   -vs-                                        **ORDER TO PRODUCE**
                                                     **FOR MEDIATION**
                                                     6:14-CV-06546 EAW

C.O. JAMES PICHETTE, et al.,

                              Defendants.
_____

        This Court has referred this matter to mediation with ADR Administrator Amanda Williams.  (Dkt. 142).

        IT IS HEREBY ORDERED that the plaintiff, Michael Head (DIN # 00-A-3017) shall appear by video from Clinton Correctional Facility on August 18, 2020, to participate in the court-ordered mediation session.

        IT FURTHER IS ORDERED that the mediation session will begin at 10:00 a.m. and conclude by 1:00 p.m..

        SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:      August 5, 2020
              Rochester, New York